```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    CHADWICK MELESKI
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR.S.09-390-GGH
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER TO VACATE
                                 )  TRIAL CONFIRMATION HEARING AND
14      v.                       )  JURY TRIAL AND SET FOR STATUS
                                 )  CONFERENCE
15  CHADWICK MELESKI,            )
                                 )  Date: Oct. 27, 2009
16              Defendant.       )  Time: 9:00 a.m.
    _____)  Judge: Hon. Gregory G. Hollows
17
18
19      It is hereby stipulated between the parties, Matthew Stegman,
20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.
21  Cusick, Assistant Federal Defender, attorney for defendant, CHADWICK
22  MELESKI, that the trial confirmation hearing set for October 27, 2009
23  and the jury trial set for November 9, 2009 be vacated and reset for a
24  status conference on December 14, 2009 at 9:00 a.m.
25      This continuance is requested as negotiations are continuing
26  between the parties and additional time is needed for defense
27  investigation.
28
```

It is further stipulated that the period from the date of this stipulation through and including Dec 14, 2009 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of counsel and defense and government preparation.

Dated:  October 26, 2009           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Lauren D. Cusick
                                   LAUREN D. CUSICK
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CHADWICK MELESKI

Dated: October 26, 2009            LAWRENCE G. BROWN
                                   United States Attorney

                                   /s/ Heiko Coppola for
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney


**O R D E R**


   IT IS SO ORDERED.


Dated: October 26, 2009
                                    /s/ Gregory G. Hollows

                                   HON. GREGORY G. HOLLOWS
                                   United States Magistrate Judge

meleski.ord