```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  CHRISTINA M. EASTMAN
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2805
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr. No. S-09-0390-GGH |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
|  | ) | INFORMATION AND ORDER |
| v. | ) |  |
|  | ) |  |
| CHADWICK MELESKI, | ) | DATE: December 14, 2009 |
|  | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Gregory. G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an

///
///
///
///
///
///
///
///
///

1

1  Order dismissing the above-entitled matter with prejudice.

2  DATED: November 23, 2009                BENJAMIN B. WAGNER
                                           United States Attorney
3

4                                      By: /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
5                                          Assistant U.S. Attorney

6
                                   O R D E R
7

8  IT IS SO ORDERED:

9  DATED: November 23, 2009

10 /s/ Gregory G. Hollows
   _____
11 HON. GREGORY G. HOLLOWS
   United States Magistrate Judge
12

13 meleski.dsm

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28